AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 2:24-mj-02842-DUTY | Date and time warrant executed: May 20, 2024  9:25 a.m. | Copy of warrant and inventory left with: FBI Special Agent (SA) Teresa Tampubolon |
|---|---|---|
| Inventory made in the presence of: FBI Los Angeles, Computer Analysis Response Team (CART), FBI Special Agent (SA) Teresa Tampubolon ||| 
| Inventory of the property taken and name of any person(s) seized: See Attached. |||

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 28, 2024

_Executing officer's signature_

Pitwalai Pamela Meesri, FBI Task Force Officer

_Printed name and title_